## UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE: HONORABLE MARK A. BARNETT, CHIEF JUDGE

| | |
|---|---|
| MID CONTINENT STEEL & WIRE, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> and <br><br> OMAN FASTENERS, LLC, <br><br> Consolidated Plaintiff and Defendant-Intervenor. | Consol. Court No. 15-00214 <br> (Consolidating Court No. 15-00228) |

## NOTICE OF APPEAL

Notice is hereby given that Oman Fasteners, LLC, Consolidated Plaintiff and Defendant-Intervenor in the above-named case, hereby appeals to the United States Court of Appeals for the Federal Circuit the final judgment of the U.S. Court of International Trade entered in this consolidated action on August 8, 2022.

Respectfully submitted,

/s/ Michael P. House

Michael P. House
Caridas Andrew
Shuaiqi Yuan
**PERKINS COIE LLP**
700 Thirteenth St., NW
Washington, D.C. 20005
202-654-6200
mhouse@perkinscoie.com
*Counsel to Oman Fasteners, LLC*

Dated: October 6, 2022